THE STATE EX REL. NEUMANN, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Neumann v. Indus.
Comm.* (1998), 83 Ohio St.3d 134.]

(No. 96–2444—Submitted July 15, 1998—Decided September 16, 1998.)

*Mitchell, Allen, Catalano & Boda Co., L.P.A., William A. Catalano* and
*Richard A. Cline,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Laurel Blum Mazorow,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., dissents.

COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, **J., dissenting.** I dissent and would affirm the court of appeals.

COOK, J., concurs in the foregoing dissenting opinion.